**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOHN PAUL NESKOROSCHENY**                                       **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:08-cv-143-HSO-JMR**

**SHERIFF DAVID ALLISON and
PEARL RIVER COUNTY**                                            **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and Qualified Immunity [56] filed on July 6, 2009. The Court, after a full review and consideration of Defendants' Motion, Plaintiff's Response [59], Defendants' Reply [61], and Chief Magistrate Judge John M. Roper's Report and Recommendations [64], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case against Defendants is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 8th day of January, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE